**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **LINDA J. GOLDSTEIN,** | ] | **Civil Action No. CV01-1728 JMR/SRN** |
| **Plaintiff,** | ] | |
| **v.** | ] | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| **ELI LILLY AND COMPANY,** | ] | **Hon. Judge James M. Rosenbaum** **Magistrate Judge Susan Richard Nelson** |
| **Defendant.** | ] | |

**ORDER**

Based on the parties' stipulation, it is hereby ordered that the Settlement Conference in this matter shall be moved to a date of the Court's choosing after September 16, 2002. All deadlines specified in the Court's January 9, 2002 Pretrial Scheduling Order shall remain effective.

**SO ORDERED.**

Dated: July 9, 2002

Susan Richard Nelson
Hon. Susan Richard Nelson
United States Magistrate Judge

JUL 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **LINDA J. GOLDSTEIN,** | ] | **Civil Action No. CV01-1728 JMR/SRN** |
| **Plaintiff,** | ] | |
| **v.** | ] | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| **ELI LILLY AND COMPANY,** | ] | **Hon. Judge James M. Rosenbaum** |
| **Defendant.** | ] | **Magistrate Judge Susan Richard Nelson** |

WHEREAS on May 23, 2002 the Court issued an Amended Notice of Settlement Conference for August 1, 2002;

WHEREAS the parties have been working cooperatively in attempting to schedule depositions, due to distant locale and scheduling conflicts the depositions of the Plaintiff, her husband and parents could not be scheduled until August 7-8, 2002;

WHEREAS the parties above-named will not have completed sufficient discovery by August 1, 2002, for settlement discussions to be fruitful; and

WHEREAS the Court's January 9, 2002 Pretrial Scheduling Order specifies a discovery deadline of September 3, 2002 and dispositive motions deadline of November 1, 2002;

NOW, THEREFORE, the parties, by their respective counsel, do hereby stipulate and agree to move the date for the Settlement Conference to a date of the Court's choosing after September 16, 2002. All dates in the Court's Pretrial Scheduling Order shall remain the same.

Dated: 7/1/02

ZIMMERMAN REED, P.L.L.P

Jennifer K. Sustacek, #251598
David Cialkowski, #0306526

651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612/341-0400
Fax: 612/341-0844
-and-
Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202/833-8040
Fax: 202/833-8046

ATTORNEYS FOR PLAINTIFF

Dated: 1 July 2002

FAEGRE & BENSON LLP

Joseph M. Price, #88201
Peter J. Goss, #267910
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612/766-7000
Fax: 612/776-1600
-and-
David W. Brooks
Mark C. Hegarty
John F. Kuckelman
SHOOK, HARDY & BACON L.L.P
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
816/474-6550
Fax: 816/421-5547

ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY