**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **LINDA J. GOLDSTEIN,** Plaintiff, | ) | Civil Action No. CV01-1728 JMR/SRN |
| vs. | ) | **STIPULATION TO AMEND SCHEDULING ORDER** AND ORDER |
| **ELI LILLY AND COMPANY,** Defendant. | ) | Hon. Judge James M. Rosenbaum<br>Magistrate Judge Susan Richard Nelson |

WHEREAS the Court's January 9, 2002 Pretrial Scheduling Order specifies a discovery deadline of September 3, 2002;

WHEREAS one of the Plaintiff's treating physicians is not available for deposition until shortly after that date; and

WHEREAS Plaintiff does not oppose a short extension of the discovery deadline in order to accommodate Defendant's request for the doctor's deposition;

NOW, THEREFORE, the parties, by their respective counsel, do hereby stipulate and agree to extend the discovery deadline by three days to September 6, 2002. All other dates in the Court's Pretrial Scheduling Order shall remain the same.

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

FAEGRE & BENSON LLP

Joseph M. Price, #88201
Peter J. Goss, #267910
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Fax: (612) 776-1600
-and-
David W. Brooks
Mark C. Hegarty
John F. Kuckelman
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
(816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY**

ZIMMERMAN REED, P.L.L.P.

Jennifer Sustacek, #
David Cialkowski, #
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400
Fax: (612) 341-0844
-and-
Aaron M. Levine
Renee Robinson-Meyer
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th St. N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
Fax: (202) 833-8046

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **LINDA J. GOLDSTEIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. CV01-1728 JMR/SRN<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Hon. Judge James M. Rosenbaum<br>Magistrate Judge Susan Richard Nelson |

Based on the parties' stipulation, it is hereby ordered that the discovery deadline in this matter shall be extended by three days to September 6, 2002 in order to accommodate the parties' deposition schedule. All other deadlines specified in the Court's January 9, 2002 Pretrial Scheduling Order shall remain unchanged.

**SO ORDERED.**

Dated: August 9, 2002

Susan Richard Nelson
Hon. Susan R. Nelson
United States Magistrate Judge

M2:20481776.01