UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1728 (JMR/SRN)

| | | |
|---|---|---|
| Linda Goldstein | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Eli Lilly & Company | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: October 17, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 10-17-2
DEPUTY CLERK'S INITIALS